UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| EasiYo Products Limited, |
|---|
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S

Court No. 25-00197

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Memphis (2006) | Center (if known): | Agriculture and Prepared Products |
|---|---|---|---|
| Protest Number: | 2006-24-107783 | Date Protest Filed: | 5/30/2024 |
| Importer: | EasiYo Products Limited | Date Protest Denied: | 3/12/2025 |
| Category of Merchandise: | dried yogurt | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| MFT17055898 | 1/27/2024 | 5/3/2024 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Alan Kashdan
Blank Rome LLP
1825 Eye Street, NW, Washington, DC 20006
202-420-2658
alan.kashdan@blankrome.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | 19 USC 1401a(b) or (f) | Protest denial notice:Denied due to conflicting documentation...Unable to determine computed value ...No documentation provided to support value of the goods |
| Protest Claim: | 19 USC 1401a(f) | Fallback Method, modified application of an earlier method |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

                                              /s/ Alan Kashdan
                                                       *Signature of Plaintiff's Attorney*

September 4, 2025
                                                           *Date*

Form 1-3

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)